# Exhibit 5

# Answer Center

◄ BACK TO ALL ARTICLES

# List of Mediacom Issued Modems and User Guides

This article will provide you with basic information on specific Mediacom issued modems and their user guides.

*If you do not find your Mediacom modem listed below, or you are using a customer owned modem that is not DOCSIS 3.0 or 3.1 compliant, please contact us for replacement options.

## Click on Below Links for Desired Brand

- Arris (may also Include Telewire)
- Askey
- Cisco / Linksys / Scientific Atlanta
- Hitron
- Motorola
- Netgear
- Samsung
- SMC
- Technicolor / RCA / Thomson
- Ubee

### Arris (may also Include Telewire)

| model number | phone | DOCSIS level | wireless spec | dual band | user guide |
|---|---|---|---|---|---|
| TG1672 | Yes | 3.0 | 802.11 b/g/n | Y | user guide |
| TG1682G | Yes | 3.0 | | | user guide |
| TM502G | No | 3.0 | | | user guide |
| TM602G | No | 3.0 | | | user guide |
| TM722G | No | 3.0 | | | user guide |
| TM804G | No | 3.0 | | | user guide |
| TM822G | No | 3.0 | | | user guide |
| TM902G | No | 3.0 | | | user guide |
| TM1602A | No | 3.0 | | | user guide |

[Back to Top]

### Askey

| model number | phone | DOCSIS level | wireless spec | dual band | user guide |
|---|---|---|---|---|---|
| TCG310 | Yes | 3.1 | 802.11 b/g/n/ac | Y | user guide |

[Back to Top]

### Cisco / Linksys / Scientific Atlanta

| model number | phone | DOCSIS level | wireless spec | dual band | user guide |
|---|---|---|---|---|---|
| DPC2203 | Yes | 3.0 | | | user guide |
| DPC2420 | Yes | 3.0 | | | user guide |
| DPC3008 | No | 3.0 | | | user guide |
| DPC3010 | No | 3.0 | | | user guide |
| DPC3828 | Yes | 3.0 | 802.11 n | | user guide |
| DPC3827 | Yes | 3.0 | 802.11 n | | user guide |
| DPC3828 | Yes | 3.0 | 802.11 n | Y | user guide |

[Back to Top]

### Hitron

| model number | phone | DOCSIS level | wireless spec | dual band | user guide |
|---|---|---|---|---|---|
| CDA3 | No | 3.0 | | | user guide |
| CDA-RES | Yes | 3.0 | 802.11 n | Y | quick start guide |
| CGNM-2250 | Yes | 3.0 | 2.4 GHz 802.11 n 5 GHz 802.11ac | Y | quick start guide |
| CGNM-3552 | Yes | 3.0 | 2.4 GHz 802.11 n 5 GHz 802.11ac | Y | quick start guide |
| CGNVM | Yes | 3.0 | | | user guide |
| CDA-RES | Yes | 3.0 | 802.11 n | Y | user guide |
| CGN3 | Yes | 3.0 | 802.11 n | | user guide |
| CGN2 | Yes | 3.0 | 802.11 n | | user guide |
| CGN3 | Yes | 3.0 | | | user guide |
| CGNM-2250 | Yes | 3.0 | | | user guide |
| CGNM2250 | Yes | 3.0 | | | user guide |
| CGN3 | Yes | 3.0 | 802.11 n | Y | user guide |
| CGNVM | Yes | 3.0 | | | user guide |

[Back to Top]

### Motorola (formerly General Instrument)

| model number | phone | DOCSIS level | wireless spec | dual band | user guide |
|---|---|---|---|---|---|
| SBV5000 | No | 3.0 | | | user guide |
| SB5101 | No | 3.0 | | | user guide |

[Back to Top]

### Netgear

| model number | phone | DOCSIS level | wireless spec | dual band | user guide |
|---|---|---|---|---|---|
| CG3000 | Yes | 3.0 | | | user guide |

[Back to Top]

### Samsung

| model number | phone | DOCSIS level | wireless spec | dual band | user guide |
|---|---|---|---|---|---|
| SCHI730CL | No | 3.0 | Dual Band Concurrent n mode 802.11 b/g/n/ac | Y | user guide |

[Back to Top]

### SMC

| model number | phone | DOCSIS level | wireless spec | dual band | user guide |
|---|---|---|---|---|---|
| D3CM 1604 | No | 3.0 | | | user guide |

[Back to Top]

### Technicolor / RCA / Thomson

| model number | phone | DOCSIS level | wireless spec | dual band | user guide |
|---|---|---|---|---|---|
| DWA0120 | Yes | 3.1 | 802.11 ac | Y | basic install |
| DHA0120 | No | 3.1 | 802.11 ac | Y | user guide |
| C2000T | Yes | 3.0 | 802.11 n | Y | user guide |
| DCM476 | No | 3.0 | | | user guide |
| DHG534 | Yes | 3.0 | | | user guide |
| DCM425 | No | 3.0 | | | user guide |
| DHG544 | Yes | 3.0 | | | user guide |
| DHG574 | Yes | 3.0 | | | user guide |
| TC8305 | Yes | 3.1 | | Y | quick install user guide |
| TC8300 | Yes | 3.0 | | Y | user guide |
| TC8715 | Yes | 3.0 | | Y | user guide |
| TC8717 | Yes | 3.0 | | Y | user guide |

[Back to Top]

### Ubee

| model number | phone | DOCSIS level | wireless spec | dual band | user guide |
|---|---|---|---|---|---|
| UBC1301 | Yes | 3.1 | 802.11 n | Y | user guide |

[Back to Top]

Print

Did this article help answer your question?   YES, IT DID!   NO, IT DIDN'T

◄ BACK TO ALL ARTICLES

Copyright © Mediacom Communications Corporation