IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMWORKS SOLUTIONS, LLC,<br><br>                              Plaintiff<br><br>                v.<br><br>MEDIACOM COMMUNICATIONS CORPORATION,<br><br>                              Defendant. | Civil Action No.: 1:20-cv-7529-LGS<br><br>**Jury Trial Demanded** |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED that:

(1) CommWorks' Counts II and V in the above-captioned action relating to the '807 and '596 Patents are hereby dismissed without prejudice by agreement of CommWorks and Defendant pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

(2) Defendants Counterclaims Three, Four, Seven, and Eight as they apply to alleged non-infringement and/or invalidity of the '807 and '596 Patents are hereby dismissed without prejudice by agreement of CommWorks and Defendant pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

(3) The Parties shall each bear their own costs, expenses, and attorneys' fees with respect to the Counts and Counterclaims that are subject of this Order; and

(4) This Order does not extend to any other patent owned or controlled by CommWorks either expressly or by implication, estoppel or otherwise.

Dated: April 22, 2021
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1