# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMWORKS SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MEDIACOM COMMUNICATIONS CORPORATION, <br><br> Defendant. | Case No.: 1:20-cv-7529-LGS <br><br> **Jury Trial Demanded** |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court hereby GRANTS the motion.

It is therefore ORDERED that all claims and counterclaims asserted in this action are dismissed WITH PREJUDICE. It is further ORDERED that each party shall bear its own attorneys' fees, costs, and expenses.

SO ORDERED

Dated: May 17, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE